Plaintiff's Name Steven Wayne Bonilla
Prisoner No. J-48500, T-203
Institution California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA
*(Enter your full name)*

v. Judge Carlos A Gutierrez, Judges: Stephanie Grogan Jones, Wendy H. Getty, Robert Bower, Donna L Slaskyn, Alesia F Jones, Court Clerk's Office, John Doe 1-1000
*(Enter the full name(s) of all defendants in this action)*

Case No. ______________________
*(Provided by the Clerk upon filing)*

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

TREASON – war against the Constitution

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement California Medical Facility Vacaville

**B.** Is there a grievance procedure in this institution? ☐ YES N/A ☐ NO

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☐ YES N/A ☐ NO

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: ______________________

2. First formal level: ______________________

3. Second formal level: ______

4. Third formal level: ______

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

B. For each defendant, provide full name, official position and place of employment.

Court - 580 Texas Street, Fairfield CA 94533

## III. Statement of Claim.

[67 FRD 22, 25], holds, that a party can not be precluded from raising the question of jurisdiction for any reason.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Requirement of Case Law: (1). [154 Cal.App.4th 40] holds that the adequacy of the court's subject matter jurisdiction MUST be addressed whenever that issue comes to the court's attention in a petition attacking jurisdiction. Which the judge failed/refused to do in act of war against the Constitution.

2) [607 F.Supp. 11, 15], A void judgment is a legal nullity and the judges considering a motion to vacate had no discretion in determining to set it aside, as the judge has done in an act of war against the Constitution, which is TREASON.

3). [30 Cal. 439], holds that FRAUD vitiates everything, including the judgments and decrees of the judges for not having subject matter jurisdiction due to FRAUD on the court.

4). [499 US 497] the court holds, that the Petitioner may excuse procedural bar and abuse of writ by showing actual innocence, which the Petitioner has done with the FBI having "ADMITTED", that the federal grand jury subpoena for the probable cause and all of the evidence presented at trial, NEVER EXISTED, (See Exhibit A-1). Procedurally barring the Petitioner from filing was an act of war against the U.S. Constitution, which again is an act of treason.

5). [63 Cal. 4th 91]. Requiring a vexatious litigant filing does not apply to the Petitioner's innocent proceeding as stated in 4, above. Applying such a requirement is being at war with the Constitution in violation of the judge's oath

6). [99 Cal. app 2d 523], the Court held that if the party admits to facts showing the court's lack of jurisdiction, as the FBI's "ADMISSION," has done, (See Exhibit A-1), it is then established that the judgment is void and the court/judge had a duty to declare the judgment. But the judge did not perform his mandatory duty because he is at war with the Constitution.

7). [704 F.3d 506], The Petitioner's arrest warrant was invalid because it was obtained by false information (See Exhibit A-1).

8). [98 US 61], Court held that FRAUD vitiates a judgment obtained

by FRAUD. There is no federal grand jury subpoena (See Exhibit A-1).

9). [505 F.2d 1026], Once jurisdiction is challenged, (ANYWHERE - [28 F.Supp.462]), the judge can not proceed, he has no authority to reach merit, but he has a duty to dismiss the case/action, pursuant to Federal Rules of Civil Procedure 12(h)(3) and [99 Cal.2d52]. It was usurped for the judge to proceed in an act of war against the Constitution - TREASON.

10). By the judge not properly responding to the motion attacking the Courts lack of jurisdiction and FRAUD, the judge willfully deprived the Petitioner of his Constitutional Right to due process in violation of 18 USC § 241, 242. A federal crime in an act of war with the Constitution - TREASON.

11). [6 Wheat.264; 499 US 200], Court held, that judges have no more right to decline the exercise of jurisdiction which is given than to usurpe that which is not given. The one or the other is TREASON to the Constitution.

12) Judges in every state are bound thereby anything in the Constitution of laws. No judge can war against the Constitution without violating his oath. No judicial official can war against the Constitution without violating his understanding to support it

13). [85 Cal.App.2d 476], Fraud, or mistake or a judgment void on its face, are the only cases where a collateral attack may be made, [30 Cal 439; 276 CA 2d 178], in a separate action or independent action on grounds that it was secured by FRAUD. As proven by the FBI's "ADMISSION", (See Exhibit A-1). There is no federal Grand jury subpoena.

14). [404 F.Supp.664, 665], holds that the court can and MUST raise

the issue of jurisdiction sua sponte and determine it FORTHWITH.

15). [474 F.2d 219]. There is no discretion to ignore the lack of jurisdiction due to FRAUD. See Federal Rules of Civil Procedure 12(h)(3), just the suggestion of the court lacking jurisdiction is all that is required for the court/judge to dismiss the action. It is a must if the court lacks jurisdiction By ignoring the court's lack of jurisdiction was an act of war against the Constitution

16). [597 F.2d 224, n8], holds that relief from a void judgment is not discretionary, its mandatory. Not to be bound to enforce the Constitutional Law is an act of war against the Constitution-TREASON.

Relief Sought

1). To declare the Alameda County Superior Court judgment null and void, in Case No. H-12210-A, based on grounds of FRAUD, Committed by the prosecution falsely claiming that there was a federal grand jury subpoena to support probable cause for the arrest warrant and evidence used at trial

2). The judge was under a mandatory duty imposed by F.R.Civ.P. 12(h)(3) and [597 F.2d 224, n8] to grant relief. Failure to discharge his duty made the judge liable for the Compensatory damages (See Exhibit A-2) to be granted pursuant to Cal. Gov. Code § 815.6.

3). As stated above, this must be done FORTHWITH. Because it deals with Steven Wayne Bonilla's false imprisonment.

Verification

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 USC § 1746.

Dated: 7-22-25

Respectfully Submitted

Steven W. Bonilla

**Jurisdiction** - continued

"Courts are constituted by authority and they cannot go beyond that power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgements and orders are regarded as nullities ; they are not voidable, but simply void, and this even prior to reversal." WILLIAMSON v. BERRY, 8 HOW. 945, 540 12 L. Ed. 1170, 1189 ( 1850 )

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action." Melo v. U.S. 505 F 2d 1026

"There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215

"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F 2d 416

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Latana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150

"The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." 100 S. Ct. 2502 (1980)

"Jurisdiction can be challenged at any time." Basso v. Utah Power & Light Co. 495 F 2d 906, 910

"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp, 478 So. 2d. 368 (Fla 2nd DCA 1985)

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York, 37 F. Supp. 150

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners 94 Ca 2d 751. 211 P2d 389

"Jurisdiction, once challenged, cannot be assumed and must be decided." Maine v Thiboutot 100 S. Ct. 250

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v Lavine 415 U. S. 533

Though not specifically alleged, defendant's challenge to subject matter jurisdiction implicitly raised claim that default judgment against him was void and relief should be granted under Rule 60(b)(4). Honneus v. Donovan, 93 F.R.D. 433, 436-37 (1982), aff'd, 691 F.2d 1 (1st Cir. 1982)

Stoll v. Gottlieb, 305 U.S. 165, 171- 72, 59 S.Ct. 134 (1938) ("Every court in rendering a judgment tacitly, if not expressly, determines its jurisdiction over the parties and the subject matter.")

[633 US 495, 540] - a void judgment forms no bar to a recovery sought, even prior to a reversal.

NO SUBPOENA

NO ADMISSIBLE EVIDENCE

ARREST WARRANT INVALID

NO PROBABLE CAUSE

MALICIOUS PROSECUTION

EXHIBIT A-1
BONILLA
Alameda County - Case No. H-12210-A

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

"ADMISSION" to no subpoena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN W. BONILLA, Plaintiff, v. UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DISTRICT ATTORNEY FOR SAN FRANCISCO, Defendants. | No. C 02-0636 MHP (PR)<br><br>**DECLARATION OF DAVID M. HARDY WITH EXHIBITS A-V ATTACHED** |

(28) I have reviewed the Court's Order dated April 25, 2007, and entered April 26, 2007. The Court has ordered defendant "to produce any and all documents within its possession indicating the following:"

> 1) Whether the February 1988 subpoena, a copy of which is attached as Exhibit A to plaintiff's Motion was actually served on Pacific Bell, and if so, by whom and when;
> 2) What documents, if any, were produced by Pacific Bell in response to the subpoena;
> 3) When those documents were produced;
> 4) To whom those documents were produced;
> 5) To whom those documents were then disseminated.

(29) Following issuance of the Court's Order, the FBI began a series of efforts to comply with the Order, and in so doing undertook the following steps, with the following results:

(a) The FBI searched through all of the documents which had previously been scanned in to its FOIPA Document Processing System and processed in response to FOIPA Nos. 922492, 952810 and No. 926721.

RESULT: The FBI was unable to locate the requested February 1988 grand jury subpoena to Pacific Bell among its investigative files — nor any other grand jury subpoena to Pacific Bell with a February 1988 date.

(30) The net result of the FBI's efforts to date is that it is unable to respond to any part of the Court's April 26, 2007 Order, since the FBI's investigative files do not contain either a February 1988 grand jury subpoena or documents produced in response to that subpoena.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that Exhibits A through V attached hereto are true and correct copies.

Executed this 9th day of May, 2007.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation

Search and Arrest Warrant Affidavits

Agent Smith provided affiant with information concerning phone tolls for the period of June, 1987, through January, 1988, for telephone numbers 408-725-8079 and 408-446-3850. Agent Smith indicated that these toll records were obtained pursuant to federal grand jury subpoena. Affiant checked the Pacific Bell directory for the Cupertino area and learned that both phone numbers are in the name of Steven Bonilla although no address is given with that information. (Refer to Exhibit K (2 pages) attached hereto.) During that period the phone was in the name of Steven Bonilla at 10200 Miller Avenue, Cupertino, initially and then later to the same person at 10359 Leola Court #2, Cupertino. 408-446-3850 is shown as having "touchtone, commstar, and calling waiting features, while 408-725-8079 is shown as having touchtone, commstar, and call forwarding features.

Phone records obtained for Bonilla's phone (408) 446-3850 show that the following calls were placed:

October 4, 1987, at 8:45 p.m., a 3 minute phone call to Elko, Nevada, (702) 738-8417 (Brad Keyes' home phone), from Silt, Colorado, using a calling card to charge the call to the phone.

Steven Bonilla later admitted in a phone conversation tape recorded and monitored with the consent of Brad Keyes that he had called Keyes from Colorado.

Affiant was advised by FBI Agent Gerald Diedrich about toll records for Cellular One telephone number 408-221-2632. These records were obtained by the FBI under a Federal Grand Jury subpoena. Cellular One records therein

(05/19)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**

Date: 12/15/2021

Hon. C. Don Clay, Judge

Department 6
Kristi Hereth, Dep.Clk.
Not Reported, Reporter

**IN RE:**

STEVEN WAYNE BONILLA

NATURE OF PROCEEDINGS: PRO SE FILINGS

Case No. **H12210A**
PFN: ASL136
CEN: 8172866

The Petitioner, STEVEN WAYNE BONILLA, is not present.
Counsel for Petitioner, is not present.
Counsel for Respondent, is not present.

The Court has reviewed defendant's Pro Se filings received from Petitioner between September 27, 2021 - December 13, 2021 (Listed on the enclosed Order).

Pursuant to the Court's Order of September 7, 2021, the Clerk of the Court is directed to return said submissions to the Petitioner, un-filed.

The clerk has included a copy of the Court's 9/7/2021 Order for the defendants' reference.

**CLERK'S CERTIFICATE OF MAILING**
**(CCP 1013a)**

I certify that the following is true and correct:

I am a Deputy Clerk employed by the Alameda County Superior Court. I am over the age of 18 years. My business address is: Rene C. Davidson Courthouse 1225 Fallon Street OAKLAND, CA 94612. I served this **Minute Order and Order** by placing copies in envelope(s) addressed as shown below and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Oakland, California, following standard court practices.

√ STEVEN WAYNE BONILLA, J-48500
EY-13
SAN QUENTIN STATE PRISON
San Quentin, CA 94974

People of the State of California
Attn: **Catherine Kobal, DDA**
1225 Fallon Street
Ninth Floor
Oakland, CA 94612

Date: 1/31/2022

Chad Finke, Executive Officer/Clerk of the Superior Court

By *Kristi Hereth*
Kristi Hereth, Deputy Clerk

# COMPENSATORY

# DAMAGES

EXHIBIT A - 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: State of California Attorney General Kamala Harris, Dan Lockyear, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of Attorney General 455 Golden Gate Ave, Ste, 11000 San Francisco, CA 94102-7004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 12/18/12

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7011 1570 0000 4010 1350

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER:**

- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write '*Return Receipt Requested*' on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: State of California Attorney General Kamala Harris, Don Lockyer, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of attorney General, et al. 455 Golden Gate ave, Ste, 11000 San Francisco, CA 94102-7004

4a. Article Number 7011 1570 0000 4010 1343

4b. Service Type ☐ Registered ☒ Certified ☐ Express Mail ☐ Insured ☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery 11/22/13

5. Received By: (Print Name) [handwritten] Johnson

8. Addressee's Address (*Only if requested and fee is paid*)

6. Signature: (*Addressee or Agent*) X [signature]

PS Form 3811, December 1994 102595-97-B-0179 Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

ACQUIESCED

---

**SENDER:**

- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write '*Return Receipt Requested*' on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: State of California Attorney General, et. al 455 Golden Gate Avenue Suite 11000 San Francisco, CA 94102-7004

4a. Article Number 7011 1570 0000 4017 6976

4b. Service Type ☐ Registered ☒ Certified ☐ Express Mail ☐ Insured ☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery 1/1/13

5. Received By: (Print Name) [handwritten]

8. Addressee's Address (*Only if requested and fee is paid*)

6. Signature: (Addressee or Agent) X [signature]

PS Form 3811, December 1994

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AT&T
208 S. AKARD ST.
DALLAS, TX 75202

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name) S LAND
C. Date of Delivery 11-15-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7005 0390 0005 6698 9201

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

A C Q U I E S C E D

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alameda County District attorney, et, al.,
1225 Fallon Street #900
Oakland, CA 94612
7011 1570 0000 4017 6990

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Teresa Wright
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery 7/1/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7011 1570 0000 4017 6990

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
attorney General of the U. S.,
U.S. attorney's office,
FBI, et. al.,
P.O. Box 36055
San Francisco, CA 94102

4a. Article Number
7011 1570 0000 4017 6952

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery 6-17-13

5. Received By: (Print Name) MAE ROSS

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

ACCOUNTING OF AMOUNT OF COMPENSATORY & PUNITIVE DAMAGES DUE:

The following compensatory damages were caused by the LIEN DEBTORS' violations of 18 U.S.C. §241, 813, 872, 1001, 1915, RICO §1961 et seq., 641; California Penal Code §125, 134, 153, 182(4)&(5), 186, 211, 418, 496, 518, 519, 532, 2112;& numerous sections of the Uniform Commercial Code §3-106, 3-108, 30110, 3-112 & Part 6.§9-601, et seq & et al §§.

(1) According to the Federal Bureau of Investigation (FBI), Report obtained via the Freedom of Information Act (FOIA), Sunstate Tropical Wholesale Nursery's financial accounts receivable, which was only comprised of money owed to Sunstate in promissory notes, balance on December 31, 1985, was FIFTEEN-MILLION, SEVEN-HUNDRED AND THIRTY-NINE-THOUSAND, EIGHT-HUNDRED AND SEVENTY-SEVEN DOLLARS AND SIXTY-SEVEN CENTS ON promissory notes, they were all bearing accrued interest at the rate of TEN PERCENT PER ANNUM. Due to non-performance and failure to make the annual payments as required by the contractural promissory notes an additional TEN PERCENT PENALTY PER ANNUM HAS BEEN ADDED FOR DEFAULTING on making the annual payments that were required to be done in accordance with the terms of the contractural agreements made in the promissory notes. Therefore, the balance due is calculated by the balance beginning with $15,739,877.67 on December 31, 1985, COMPOUNDED AT TWENTY PERCENT PER ANNUM UNTIL DEFAULT ON JANUARY 18, 2013, amounts to more than TWO-BILLION, ONE-HUNDRED & EIGHTY-TWO MILLION, TWO-HUNDRED & NINETY-THOUSAND DOLLARS. ($2, 182,290,943.46).

(2) The Baritz Nightclub's revenue in January 1988, before Susan

Hanah Harris illegally and by fraud/oppression, seized management of the business on her own and implementing her own changes in managing the Baritz, expense was 4%, maintenance expense 3½%, sales tax 5½%, rent 6%, labor and general administration ran 29%, leaving a cash profit for Independent Caterers' 45% interest in the Baritz Nightclub to be $38,319.00 per month or $459,828.00 per year. This makes the loss of income with the ten percent per annum adjustment, from January 1, 1988, until default on January 17, 2013, to amount to $47,818,838.65. The value of a nightclub business is worth three times its cash profit for the year which made Independent Caterers' forty-five percent valued at $1,319,487.00 in January of 1988. Which makes the current value, adjusted at ten percent per annum, to be $14,026,176.69 as of the default on January 17, 2013. This brings the total loss and damages for Independent Caterers' forty-five percent interest in the Baritz Nightclub to be $61,908,015.34.

(3) The total compensatory damages and loss for the business known as Independent Caterers dba Sunstate Tropical Wholesale Nursery and the Baritz Nightclub's (forty-five percent interest) up until the default on January 17, 2013, is $2,244,199,878.25.

(4) Damages given in punitive statutes, for violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and California Penal Code §496(c), are triple of the actual damages (compensatory damages), to $6,732,599,643.75; which is secured by the real and personal community property of the LIEN DEBTORS.

(5) The total tally of compensatory and punitive damages as of the day of default on January 17, 2013, is EIGHT-BILLION, NINE-HUNDRED AND SEVENTY-SIX-MILLION, SEVEN-HUNDRED AND NINE-THOUSAND, FIVE-HUNDRED

AND THIRTEEN-DOLLARS ($8,976,799,513.00). This balance continues to accrue at the rate of ten percent per annum from the day of the default on January 18, 2013, until paid in full. It is secured by real and personal community property of the LIEN DEBTORS; additional damages to be added upon discovery and proof.

(6) Under the applicable rules of law (California Penal Code Section 1202.4), to calculate the damages and liability for the members of the civil conspiracy (Defendants), for the false imprisonment of Sunstate's President it is based on the twelve months of income prior to the false imprisonment of its President, which began on September 20, 1988. The income for those twelve months is what is owed Sunstate Tropical Wholesale Nursery, which is the income owed Independent Caterers, Inc., on its fourty-five percent interest in the Baritz Nightclub, from September 20, 1987 until September 19, 1988, which in turn is its President's income for the same period. Based on the calculations stated above, the income for the twelve months prior to the false imprisonment is nineteen-million, nine-hundred and twenty-six-thousand, one-hundred and five-dollars and four cents ($19,926,105.04), with the base income adjusted ten percent per annum and the balance accrued at the rate of ten percent per annum from September 20, 1988 until the second default on August 3, 2013, the balance owed for the false imprisonment of Sunstate's President is four-Billion, eight-hundred and fourteen-million, two-hundred and seventy-seven-dollars and thirty-five cents ($4,814,277,377.35). Damage given by punitive statutes for violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and California Penal Code §496(c), are triple of the actual damages given by punitive statutes, brings the punitive damages due as of the day of

default (August 3, 2013) to $14,442,832,132.05, which is secured by real and personal community property of the LIEN DEBTORS.

(7) The total tally of compensation and punitive damages for the false imprisonment of Sunstate's Presidents as of the day of default on August 3, 2013 is nineteen-billion, two-hundred and fifty-seven-million, one-hundred and nine-thousand, five-hundred and nine-dollars and forty-cents. ($19,257,109,509.40). This balance continues to accrue at the rate of ten percent per annum from the day of the default on August 3, 2013 and at the rate of $7,185,666.42 per day until September 19, 2013 and from September 20, 2013 until September 19, 2014 at the rate of $8,130,285.28 per day and from September 20, 2014 until September 19, 2015 at the rate of $9,191,465.22 per day, etc., or until such time as the false imprisonment ceases to continue; ~~and until paid in full.~~ It is secured by the real and personal community property of the LIEN DEBTORS

DATED: 11-21-12

The foregoing is declared true and correct under penalty of perjury under the laws of California and the United States of America this 21 day of NOVEMBER 2012 at Tamal, Ca. 94974

Steven Bonilla

DATED: 11-21-12

STEVEN BONILLA. AFFIANT, OWNER & MEMBER OF THE BOARD OF DIRECTORS AUTHORIZED TO ACT FOR AND ON BEHALF OF INDEPENDENT CATERERS, INC.

"AFFIDAVIT OF NOTICE OF DEFAULT"